# Exhibit A



Docket (/docket/ED-2023-OPE-0089)
/ Document (ED-2023-OPE-0089-0001) (/document/ED-2023-OPE-0089-0001)   / Comment

 PUBLIC SUBMISSION

# Comment on FR Doc # 2023-09647

Posted by the **Department of Education** on Jun 12, 2023

View More Comments   3.9K   (/document/ED-2023-OPE-0089-0001/comment)

View Related Comments   3.9K   (/docket/ED-2023-OPE-0089/comments)

Share ▾

Comment

June 10, 2023

Secretary Cardona
U.S. Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202
Re: Comment – School Owner
Docket ID ED-2023-OPE-0089

Dear Secretary Cardona:

I have been employed by private post-secondary institutions for the past 26 years. I am currently employed with DuVall's School of Cosmetology in Bedford, Texas. My school is an active member of the American Association of Cosmetology Schools (AACS). I am commenting to express a strong stand against the Gainful Employment Rule as it is currently written. Many of my 26 years in career schools have been spent in administering Title IV funding programs and advising students on financial integrity and responsibility. I advocate that every individual examine the full cost (including loan fees and interest) and promote options to save (such as paying interest on unsubsidized loans before it capitalizes) and consider whether the repayment amount will be a manageable budget item in years to come. I have helped many students and their families through the years to pursue a career goal, while other students may have chosen to go thru the training program and then not utilize that training. The Gainful Employment Rule as it is written will limit the capacity of the institutions that are providing a valuable service to a sector of the community by resulting in a loss of Title IV eligibility, which may even lead to school closure.

My school is a small business, producing licensed professionals who tend to stay in the local community building other small businesses, stabilizing the local economy. We are one of several private post-secondary Cosmetology schools in the Dallas-Ft Worth metroplex. There is a high demand for the programs we offer

that is beyond the scope of what the local public high schools and state funded colleges are able to accomodate. Since obtaining accreditation 15 years ago, DuVall's School of Cosmetology has met or exceeded the outcomes measurements of completion, licensure, and placement each and every year. This public information is reported to our state licensing agency, our accreditation organization NACCAS, and DOE through IPEDs annually. Meeting the required standards are sufficient regulatory controls to protect the consumer and govern the institutions providing training. The burden imposed by the Gainful Employment Rule will handicap or eliminate the institutions that cater to a large sector of non-traditional students.

I predict the implementation of the Gainful Employment Rule will result in the loss of my school's eligibility to participate in Title IV programs, as well as many other schools in our nation, severely reducing the opportunity for a diverse population to obtain training in a thriving Beauty and Wellness industry. I believe it will have the opposite of the desired effect, creating a shortage of training facilities which will then drive the price of training higher due to supply vs demand. I urge you to consider the value of the Beauty and Wellness industry, the continuing expansion of employment opportunities for licensed Cosmetologists and Estheticians, and the current workforce in our community. I appreciate the opportunity to comment and thank you for hearing me.

Connie Maldonado, Director
DuVall's School of Cosmetology
www.DuvallSchool.com

**Comment ID**

ED-2023-OPE-0299



**Tracking Number**

liq-frhn-6a2e

| Comment Details | Submitter Info |
| --- | --- |

**Organization Name**

DuVall's School of Cosmetology

**Category**

Individual



*Your Voice in Federal Decision-Making*

About    Bulk Data Download    Agencies    Learn
(/about)    (/bulkdownload)    (/agencies)    (/learn)

Reports    FAQ
(https://resources.regulations.gov/public/component/main?main=Reports)   (/faq)

Privacy & Security Notice (/privacy-notice)    |    User Notice (/user-notice)    |
Accessibility Statement (/accessibility)    |    Developers (https://open.gsa.gov/api/regulationsgov/)    |
FOIA (https://www.gsa.gov/reference/freedom-of-information-act-foia)

Support (/support)    Provide Site Feedback