AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-01267-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for the Civil Process Clerk at the Office of the United States Attorney for the Northern District of Texas was received by me on December 28, 2023.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ other (*specify*) Notice was sent via certified mail in accordance with Fed. R. Civ. P. 4(i).

My fees are $ 0.00          for travel and $ 0.00          for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/28/23

_____
Server's signature

Matthew Steinway, Associate
Printed name and title

901 New York Avenue, Ste. 700E,
Washington, DC 200001
Server's address

Additional information regarding attempted service, etc:

