UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § <br><br> Civil Action No. 4:23-cv-01267-O |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline to Respond to the Complaint (ECF No. 12), filed February 29, 2024. Finding good cause therein and noting Plaintiffs are unopposed, the Court determines that the Motion should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendants **SHALL** answer, move, or otherwise plead in response to Plaintiffs' Complaint (ECF No. 1) **no later than thirty (30) days** following the Court's resolution of the parties' impending cross-motions for summary judgment. It is further **ORDERED** that the parties **SHALL** file a proposed briefing schedule for summary judgment proceedings in this case **no later than March 15, 2024**. Defendants have not waived any challenges they may have to venue, jurisdiction, or pursuant to Federal Rule of Civil Procedure 12.

**SO ORDERED** on this **1st day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE