IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01267-O |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, Defendants. | § § § § | |

### ORDER

Before the Court is the parties' Joint Status Report (ECF No. 14), filed on March 15, 2024. In the report, the parties agree that this case should be decided on dispositive motions without the need for trial or discovery. ECF No. 14 at 1. To that end, the parties provide differing proposed schedules for resolution of this matter by dispositive cross-motions. *Id*. After due consideration, the Court finds the proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. The deadline to join other parties is **May 15, 2024**.
2. The deadline to amend the pleadings is **May 15, 2024**.
3. Plaintiff shall file its dispositive motion by **July 30, 2024**.
4. Defendants shall file their cross-dispositive motion by **September 15, 2024**.
5. Plaintiff shall file its reply in support of its dispositive motion and opposition to Defendants' cross-dispositive motion by **October 25, 2024**.
6. Defendants shall file their reply in support of their cross-dispositive motion by **November 22, 2024**.

**SO ORDERED** this **1st day** of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE