IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:23-cv-01267-O |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, Defendants. | § § § § | |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 25), filed on July 12, 2024. In the report, the parties agreed to a briefing schedule modeled after the Court's April 1, 2024 Order. ECF No. 25. After due consideration, the Court finds the proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. Plaintiffs shall file their dispositive motions by **September 13, 2024**.
2. Defendants shall file their cross-dispositive motions by **November 8, 2024**.
3. Plaintiffs shall file their replies in support of its dispositive motion and opposition to Defendants' cross-dispositive motions by **December 20, 2024**.
4. Defendants shall file their replies in support of their cross-dispositive motions by **January 31, 2025**.
5. In accordance with the Court's July 2, 2024 Order (ECF No. 22), the AACS Plaintiffs and Ogle Plaintiffs shall each have separate oral argument time.

**SO ORDERED** this **15th day** of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE