IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 4:23-cv-01267-O |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

　　The American Association of Cosmetology Schools and DuVall's School of Cosmetology, L.L.C. (collectively, "AACS Plaintiffs") move for summary judgment on Counts I, II, and III of their Original Complaint (ECF No. 1), all of which are brought under section 706 of the Administrative Procedure Act.

　　Pursuant to Local Rule 56.3(b), the elements of each of AACS Plaintiffs' claims are set forth in its Brief in Support of Motion for Summary Judgment filed immediately hereafter. Materials upon which AACS Plaintiffs rely are included in an appendix also filed hereafter.

Dated: September 13, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Drew T. Dorner
　　　　　　　　　　　　　　　　John M. Simpson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Drew T. Dorner (DC Bar No. 1035125)
　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　901 New York Avenue NW, Suite 700 East
　　　　　　　　　　　　　　　　Washington, D.C.  20001-4795
　　　　　　　　　　　　　　　　Tel.: (202) 776-7800
　　　　　　　　　　　　　　　　Fax: (202) 776-7801
　　　　　　　　　　　　　　　　JMSimpson@duanemorris.com
　　　　　　　　　　　　　　　　DTDorner@duanemorris.com

Joakim G. Soederbaum (Texas Bar No. 24091338)
Duane Morris LLP
777 Main Street, Suite 2790
Fort Worth, TX 76102
Tel.:  (817) 704-1000
Fax:  (817) 704-1001
JSoederbaum@duanemorris.com

Edward M. Cramp (admitted *pro hac* vice)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Tel.: (619) 744-2200
Fax: (619) 744-2201
EMCramp@duanemorris.com

*Counsel for American Association of Cosmetology Schools and DuVall's School of Cosmetology, L.L.C.*

**MOTION FOR SUMMARY JUDGMENT**                                              **Page 2**