IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS et al., § § § Plaintiffs, § § v. § UNITED STATES DEPARTMENT OF § EDUCATION, et al., § Defendants. § | Civil Action No. 4:23-cv-01267-O |

## ORDER

The parties move to modify the default briefing schedule in Local Rule 7.1(e) and (f), as it relates to Defendants' pending motion to strike (ECF 36), with a schedule that places Plaintiffs' deadline to respond on December 20, 2024 and places Defendants' deadline to reply on January 31, 2025. The parties agree to this relief and jointly request it.

Having considered the Motion, and for good cause shown, the Joint Motion to Modify Briefing Schedule on Defendants' Motion to Strike is **GRANTED.** It is further **ORDERED** that the American Association of Cosmetology Schools and DuVall's School of Cosmetology, L.L.C. may respond to the motion to strike **on or before December 20, 2024**, and the United States Department of Education and Secretary of Education Miguel Cardona may file a reply in support of the motion to strike **on or before January 31, 2025**.

SO ORDERED this **27th day of November, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE