IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*, § § § § Plaintiffs, § § v. § § UNITED STATES DEPARTMENT OF § EDUCATION, *et al.*, § Defendants. § § | Civil Action No. 4:23-cv-01267-O |

## ORDER

Before the Court is Defendants' Motion for Extension of Time. ECF No. 63. It is **ORDERED** that Defendants' Motion is **GRANTED in part**. The deadline for Defendants to reply in support of their Cross-Motion for Summary Judgment is extended up to and including **February 14, 2025**.

**SO ORDERED** this **27th day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE