IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS, et al., § § § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-01267-O |
| § | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., § § § | |
| Defendants. § | |

# ORDER

Before the Court is Defendants' Consent Motion to Stay Proceedings (ECF No. 70), filed February 10, 2025. It is hereby **ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that proceedings in this case are **STAYED** for **90 days**. It is further **ORDERED** that the deadline for Defendants to reply in support of their Cross-Motion for Summary Judgment is extended up to and including **May 16, 2025**, or, if the stay is modified, four days after the stay is terminated.

**SO ORDERED** on this **10th day of February, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE