IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 4:23-cv-01267-O |

**NOTICE OF DATES AVAILABLE FOR ORAL ARGUMENT**

On June 20, 2025, the plaintiffs requested oral argument on the parties' cross-motions for summary judgment and related motions to strike pursuant to L.R. 7.1(g) (ECF 73). That filing contained dates indicating when the parties were available for oral argument.

Plaintiffs reiterate their request for oral argument. Defendants take no position on the plaintiffs' request for oral argument.

The dates initially proposed having passed, the plaintiffs advise that all parties (including the United States) are available for oral argument on the following dates:

- September 25-26, 2025
- November 10-14, 2025
- November 24-25, 2025

Plaintiffs request that, if the Court sets this matter for oral argument, the Court provide at least 14 days' notice of the argument date to the parties.

Plaintiffs request that the Court hold oral argument as soon as is practicable. Ogle School

1

Management, LLC, Tricoci University of Beauty Culture, LLC, and the United States refer the Court to their previously stated positions regarding the need for holding oral argument promptly, as elucidated in ECF 73.

| | |
|---|---|
| Date: September 10, 2025 | Respectfully submitted, |
| /s/ Drew T. Dorner | /s/ Paul D. Clement |
| John M. Simpson (admitted *pro hac vice*) | Paul D. Clement (admitted *pro hac vice*) |
| Drew T. Dorner (D.C. Bar #1035125) | Andrew C. Lawrence (admitted *pro hac vice*) |
| Duane Morris LLP | Kevin Wynosky (admitted *pro hac vice*) |
| 901 New York Avenue NW, Suite 700 East | Clement & Murphy, PLLC |
| Washington, D.C. 20001-4795 | 706 Duke Street |
| Telephone: +1 202 776 7800 | Alexandria, VA 22314 |
| Fax: +1 202 776 7801 | Telephone: +1 202 742 8900 |
| JMSimpson@duanemorris.com | paul.clement@clementmurphy.com |
| DTDorner@duanemorris.com | andrew.lawrence@clementmurphy.com |
| | kevin.wynosky@clementmurphy.com |
| Joakim G. Soederbaum | |
| Duane Morris LLP | Cole Ramey (TX Bar #16494980) |
| 300 Throckmorton Street, Suite 1650 | Christin Jones (TX Bar #24070017) |
| Fort Worth, TX 76102-2935 | Kilpatrick Townsend & Stockton LLP |
| Telephone: +1 817 704 1000 | 2001 Ross Avenue, Suite 4400 |
| Fax: +1 817 704 1001 | Dallas, TX 75201 |
| JSoederbaum@duanemorris.com | Telephone: +1 214 922-7126 |
| | CRamey@ktslaw.com |
| Edward M. Cramp (admitted *pro hac vice*) | CJones@ktslaw.com |
| Duane Morris LLP | |
| 750 B Street, Suite 2900 | *Counsel for Ogle School Management, LLC* |
| San Diego, CA 92101-4681 | *and Tricoci University of Beauty Culture,* |
| Telephone: +1 619 744 2200 | *LLC* |
| Fax: +1 619 744 2201 | |
| EMCramp@duanemorris.com | |
| | |
| *Counsel for American Association of Cosmetology Schools and DuVall's School of Cosmetology, L.L.C.* | |

**CERTIFICATE OF CONFERENCE**

The undersigned counsel has conferred with counsel for the other parties regarding this request. Plaintiffs, having filed the request jointly, agree to it. Defendants take no position on the request for oral argument. Defendants' position on the timing of a decision was provided to Plaintiffs and is reflected in ECF 73.

/s/ Drew T. Dorner