IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01267-O |
| | § § | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court has issued its order granting Defendants' United States Department of Education and Miguel Cardona ("Defendants") motion for summary judgment against Plaintiffs, the American Association of Cosmetology Schools and DuVall's School of Cosmetology, L.L.C. ("AACS") and Plaintiffs Ogle School Management, LLC, Tricoci University of Beauty Culture, LLC's ("Ogle"). In the same order the Court denied AACS' motion to strike and granted Defendants' motion to strike.

It is therefore **ORDERED, ADJUDGED, and DECREED** that this CASE IS **DISMISSED** with prejudice for the reasons set out in the order granting summary judgment.

**SO ORDERED** on this **2nd day** of **October 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**