IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Civil Action No. 4:23-cv-01267-O |

## NOTICE OF APPEAL OF
## PLAINTIFF DUVALL'S SCHOOL OF COSMETOLOGY, L.L.C.

Plaintiff DuVall's School of Cosmetology, L.L.C. hereby gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from this Court's October 2, 2025 order (Dkt. 77) and judgment (Dkt. 78) denying plaintiffs' motions for summary judgment, granting defendants' cross-motion for summary judgment, granting defendants' motion to strike, denying AACS' motion to strike, and dismissing the case with prejudice.

Dated:  December 5, 2025               Respectfully submitted,

                                                         /s/ Drew T. Dorner
                                      John M. Simpson (admitted *pro hac vice*)
                                      Drew T. Dorner (DC Bar No. 1035125)
                                      Duane Morris LLP
                                      901 New York Avenue NW, Suite 700 East
                                      Washington, D.C.  20001-4795
                                      Tel.: (202) 776-7800
                                      Fax: (202) 776-7801
                                      JMSimpson@duanemorris.com
                                      DTDorner@duanemorris.com

Joakim G. Soederbaum (Texas Bar No. 24091338)
Duane Morris LLP
777 Main Street, Suite 2790
Fort Worth, TX 76102
Tel.: (817) 704-1000
Fax: (817) 704-1001
JSoederbaum@duanemorris.com

Edward M. Cramp (admitted *pro hac* vice)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Tel.: (619) 744-2200
Fax: (619) 744-2201
EMCramp@duanemorris.com

*Counsel for DuVall's School of Cosmetology, L.L.C.*